Certificate Number: 02998-PAM-DE-035510066

Bankruptcy Case Number: 21-00411



02998-PAM-DE-035510066

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 27, 2021</u>, at <u>8:05</u> o'clock <u>PM EDT</u>, <u>Aldona Wilusz</u> completed a course on personal financial management given <u>by internet</u> by <u>Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>March 29, 2021</u>               By:     <u>/s/Angela Zinnerman</u>

                                                        Name:   <u>Angela Zinnerman</u>

                                                        Title:  <u>Counselor</u>