| | |
|---|---|
| In re: | Case No. 21-00411-HWV |
| Aldona Wilusz | Chapter 13 |
| Giovanni Gambino | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: May 04, 2021 | Form ID: ntcnfhrg | Total Noticed: 46 |

The following symbols are used throughout this certificate:
**Symbol** **Definition**

\+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++ Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\# Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Aldona Wilusz, Giovanni Gambino, 5 Twin Oaks Road, Hazleton, PA 18202-1135 |
| 5393087 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 5393641 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5393088 | + | Berkheimer, PO Box 25132, Lehigh Valley, PA 18002-5132 |
| 5393091 | + | Ccs/First National Ban, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 5393092 | + | Cross Valley F C U, 640 Baltimore Dr, Wilkes Barre, PA 18702-7943 |
| 5393095 | + | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 5398503 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5393098 | + | Leszek Jackowski, 640 Jubilee Street, Melbourne, FL 32940-7682 |
| 5405231 | + | Leszek Jackowski, P.O. Box 411131, Melbourne, FL 32941-1131 |
| 5393100 | + | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5393101 | + | Marinerfin, 5802 E. Virginia Beach Blvd, Suite 121, Norfolk, VA 23502-2483 |
| 5393102 | + | Merchant One Inc, 524 W. 41st St., Miami Beach, FL 33140-3528 |
| 5399734 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5393103 | + | Midland Funding, 350 Camino De La Reina, San Diego, CA 92108-3007 |
| 5393108 | + | Rs Clark And Associate, 12990 Pandora Dr Ste 150, Dallas, TX 75238-5256 |
| 5393112 | + | Thomas & Amy Figas, 671 E. Second St., Weatherly, PA 18255-1511 |
| 5393113 | + | Thomas Figas & Amy Figas, 671 E. Second St., Weatherly, PA 18255-1511 |
| 5404270 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5393114 | | Toyota Mtr, 111 W 22nd St Suite 420, Oakbrook, IL 60521 |
| 5402809 | | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 5393115 | | Wells Fargo, PO Box 51193, Los Angeles, CA 90051-5493 |
| 5393116 | #+ | Wells Fargo Bank, 101 N. Phillips St., Sioux Falls, SD 57104-6714 |
| 5396177 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 04 2021 20:17:04 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5402669 | + | Email/Text: bankruptcy@bbandt.com | May 04 2021 19:06:00 | BB&T now Truist, Bankruptcy Section, 100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 5393089 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 04 2021 20:12:19 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5393090 | + | Email/Text: BKBCNMAIL@carringtonms.com | May 04 2021 19:06:00 | Carrington Mortgage Se, 1600 S Douglass Rd Ste 1, Anaheim, CA 92806-5951 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5407693 | + | Email/Text: BKBCNMAIL@carringtonms.com | May 04 2021 19:06:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 5393099 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 04 2021 20:12:32 | Macys/Dsnb, Po Box 8218, Mason, OH 45040 |
| 5398398 | | Email/Text: bnc-quantum@quantum3group.com | May 04 2021 19:06:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5393701 | | Email/Text: mrdiscen@discover.com | May 04 2021 19:06:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5393093 | + | Email/Text: mrdiscen@discover.com | May 04 2021 19:06:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 5393096 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 04 2021 19:06:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5393097 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 04 2021 20:09:23 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 5393104 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 04 2021 19:06:00 | PA Department of Revenue, Department 280946, Attn: Bankruptcy Division, Harrisburg, PA 17128-0001 |
| 5402057 | | Email/Text: Bankruptcy.Notices@pnc.com | May 04 2021 19:06:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 5393105 | | Email/Text: Bankruptcy.Notices@pnc.com | May 04 2021 19:06:00 | Pnc Bank, N.A., 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 5406366 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 04 2021 20:17:04 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5393106 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 04 2021 20:17:04 | Portfolio, 120 Corporate Blvd, Ste 1, Norfolk, VA 23502-4952 |
| 5393107 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 04 2021 20:12:28 | Portfolio Recov Assoc, 150 Corporate Blvd, Norfolk, VA 23502-4952 |
| 5393109 | + | Email/PDF: gecsedi@recoverycorp.com | May 04 2021 20:16:33 | Syncb/Amaz, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 5393110 | + | Email/PDF: gecsedi@recoverycorp.com | May 04 2021 20:16:34 | Syncb/Sams, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 5393142 | + | Email/PDF: gecsedi@recoverycorp.com | May 04 2021 20:12:11 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5393111 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 04 2021 20:12:50 | Thd/Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 5393094 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 04 2021 19:06:00 | Elan Financial Service, Po Box 790084, Saint Louis, MO 63179 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5406832 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2021            Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Adam R Weaver | on behalf of Debtor 2 Giovanni Gambino AttyWeaver@icloud.com |
| Adam R Weaver | on behalf of Debtor 1 Aldona Wilusz AttyWeaver@icloud.com |
| Jack N Zaharopoulos (Trustee) | jzaharopoulos@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Wells Fargo Bank N.A.  as Trustee, for Carrington Mortgage Loan Trust, Series 2006-NC1 Asset-Backed Pass-Through Certificates. bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Aldona Wilusz,<br>**Debtor 1**<br><br>Giovanni Gambino,<br>**Debtor 2** | Chapter  13<br><br>Case No.  5:21−bk−00411−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**June 24, 2021** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: July 1, 2021<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 4, 2021 |

ntcnfhrg (03/18)