IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Aldona Wilusz, and<br>Giovanni Gambino.<br><br>Debtors. | :<br>:<br>:<br>: | Chapter 13<br>Case No. 5:21-bk-00411 |

## CERTIFICATE OF MAILING

The undersigned hereby certifies that he is an attorney and a person of such age and discretion as to be competent to serve papers, and that on the date below, he served a copy of the Debtors' Confirmation Order dated October 7, 2021 via this Court's ECF system when electronically filed:

**Office of the U.S. Trustee**
ustpregion03.ha.ecf@usdoj.gov
ustpregion03.ha.ecf@usdog.gov

**Jack N. Zaharopoulos, Chapter 13 Trustee**
info@pamd13trustee.com

**Rebecca Ann Solarz, Esq.**
KML Law. Group, P.C.
bkgroup@kmllawgroup.com

**PRA Receivables Management, LLC**
claims@recoverycorp.com

and via prepaid, U.S. Mail via attached list, unless served electronically on the ECF System on the date identified below.

Law Office of Adam R. Weaver, Esq.

Dated: October 13, 2021

By: /s/Adam R. Weaver
Adam R. Weaver
PA ID # 208766
1407 Blakeslee Blvd. Dr. East
Lehighton, PA 18235
(570) 818-4888; (570) 818-4889 (Fax)

1

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Aldona Wilusz, **Debtor 1** | Chapter 13 |
| Giovanni Gambino, **Debtor 2** | Case No. 5:21-bk-00411-MJC |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on August 3, 2021. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: October 7, 2021

By the Court,

Honorable Mark J. Conway
United States Bankruptcy Judge
By: RyanEshelman, Deputy Clerk

orcnfpln(05/18)

Bank Of America
Po Box 982238
El Paso, TX 79998

Berkheimer
PO Box 25132
Lehigh Valley, PA 18002

Capital One Bank Usa N
Po Box 31293
Salt Lake City, UT 84131

Carrington Mortgage Se
1600 S Douglass Rd Ste 1
Anaheim, CA 92806

Ccs/First National Ban
500 E 60th St N
Sioux Falls, SD 57104

Cross Valley F C U
640 Baltimore Dr
Wilkes Barre, PA 18702

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850

Elan Financial Service
Po Box 790084
Saint Louis, MO 63179

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Jpmcb Card
Po Box 15369
Wilmington, DE 19850

Leszek Jackowski
640 Jubilee Street
Melbourne, FL 32940

Macys/Dsnb
Po Box 8218
Mason, OH 45040

Mariner Finance
8211 Town Center Dr
Nottingham, MD 21236

Marinerfin
5802 E. Virginia Beach Blvd, Suite 121
Norfolk, VA 23502

Merchant One Inc
524 W. 41st St.
Miami Beach, FL 33140

Midland Funding
350 Camino De La Reina
San Diego, CA 92108

PA Department of Revenue
Department 280946
Attn: Bankruptcy Division
Harrisburg, PA 17128

Pnc Bank, N.A.
1 Financial Pkwy
Kalamazoo, MI 49009

Portfolio
120 Corporate Blvd, Ste 1
Norfolk, VA 23502

Portfolio Recov Assoc
150 Corporate Blvd
Norfolk, VA 23502

Rs Clark And Associate
12990 Pandora Dr Ste 150
Dallas, TX 75238

Syncb/Amaz
4125 Windward Plaza
Alpharetta, GA 30005

Syncb/Sams
4125 Windward Plaza
Alpharetta, GA 30005

Thd/Cbna
Po Box 6497
Sioux Falls, SD 57117

Thomas & Amy Figas
671 E. Second St.
Weatherly, PA 18255

Thomas Figas & Amy Figas
671 E. Second St.
Weatherly, PA 18255

Toyota Mtr
111 W 22nd St Suite 420
Oakbrook, IL 60521

Wells Fargo
PO Box 51193
Los Angeles, CA 90051-5493

Wells Fargo Bank
101 N. Phillips St.
Sioux Falls, SD 57104