In re:                                                                 Case No. 21-00411-MJC
Aldona Wilusz                                                          Chapter 13
Giovanni Gambino
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3
Date Rcvd: Jan 26, 2022      Form ID: ordsmiss      Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Aldona Wilusz, Giovanni Gambino, 5 Twin Oaks Road, Hazleton, PA 18202-1135 |
| 5393641 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5393088 | + | Berkheimer, PO Box 25132, Lehigh Valley, PA 18002-5132 |
| 5393092 | + | Cross Valley F C U, 640 Baltimore Dr, Wilkes Barre, PA 18702-7943 |
| 5393091 | ++ | FIRST NATIONAL BANK, ATTN BANKRUPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003 address filed with court:, Ccs/First National Ban, 500 E 60th St N, Sioux Falls, SD 57104 |
| 5398503 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5405231 | + | Leszek Jackowski, P.O. Box 411131, Melbourne, FL 32941-1131 |
| 5393098 | + | Leszek Jackowski, 640 Jubilee Street, Melbourne, FL 32940-7682 |
| 5393100 | + | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5393101 | + | Marinerfin, 5802 E. Virginia Beach Blvd, Suite 121, Norfolk, VA 23502-2483 |
| 5393102 | + | Merchant One Inc, 524 W. 41st St., Miami Beach, FL 33140-3528 |
| 5393108 | + | Rs Clark And Associate, 12990 Pandora Dr Ste 150, Dallas, TX 75238-5256 |
| 5393112 | + | Thomas & Amy Figas, 671 E. Second St., Weatherly, PA 18255-1511 |
| 5393113 | + | Thomas Figas & Amy Figas, 671 E. Second St., Weatherly, PA 18255-1511 |
| 5404270 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5393114 | | Toyota Mtr, 111 W 22nd St Suite 420, Oakbrook, IL 60521 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Jan 26 2022 23:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5402669 | + | Email/Text: bankruptcy@bbandt.com | Jan 26 2022 18:45:00 | BB&T now Truist, Bankruptcy Section, 100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 5393087 | + | EDI: BANKAMER.COM | Jan 26 2022 23:48:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 5393089 | + | EDI: CAPITALONE.COM | Jan 26 2022 23:48:00 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5393090 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jan 26 2022 18:45:00 | Carrington Mortgage Se, 1600 S Douglass Rd Ste 1, Anaheim, CA 92806-5951 |
| 5407693 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jan 26 2022 18:45:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 5393099 | + | EDI: CITICORP.COM | Jan 26 2022 23:48:00 | Macys/Dsnb, Po Box 8218, Mason, OH 45040 |
| 5398398 | | EDI: Q3G.COM | Jan 26 2022 23:48:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5393701 | | EDI: DISCOVER.COM | | |

| Record | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 26 2022 23:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5393093 | + | EDI: DISCOVER.COM | Jan 26 2022 23:48:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 5393091 | | Email/Text: BNSFN@capitalsvcs.com | Jan 26 2022 18:45:00 | Ccs/First National Ban, 500 E 60th St N, Sioux Falls, SD 57104 |
| 5393095 | + | EDI: AMINFOFP.COM | Jan 26 2022 23:48:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 5393096 | + | EDI: IRS.COM | Jan 26 2022 23:48:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5393097 | | EDI: JPMORGANCHASE | Jan 26 2022 23:48:00 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 5398503 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 26 2022 18:45:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5399734 | + | EDI: MID8.COM | Jan 26 2022 23:48:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5393103 | + | EDI: MID8.COM | Jan 26 2022 23:48:00 | Midland Funding, 350 Camino De La Reina, San Diego, CA 92108-3007 |
| 5393104 | + | EDI: PENNDEPTREV | Jan 26 2022 23:48:00 | PA Department of Revenue, Department 280946, Attn: Bankruptcy Division, Harrisburg, PA 17128-0001 |
| 5393104 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 26 2022 18:45:00 | PA Department of Revenue, Department 280946, Attn: Bankruptcy Division, Harrisburg, PA 17128-0001 |
| 5402057 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 26 2022 18:45:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 5393105 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 26 2022 18:45:00 | Pnc Bank, N.A., 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 5406366 | | EDI: PRA.COM | Jan 26 2022 23:48:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5393106 | + | EDI: PRA.COM | Jan 26 2022 23:48:00 | Portfolio, 120 Corporate Blvd, Ste 1, Norfolk, VA 23502-4952 |
| 5393107 | + | EDI: PRA.COM | Jan 26 2022 23:48:00 | Portfolio Recov Assoc, 150 Corporate Blvd, Norfolk, VA 23502-4952 |
| 5393109 | + | EDI: RMSC.COM | Jan 26 2022 23:48:00 | Syncb/Amaz, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 5393110 | + | EDI: RMSC.COM | Jan 26 2022 23:48:00 | Syncb/Sams, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 5393142 | + | EDI: RMSC.COM | Jan 26 2022 23:48:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5393111 | + | EDI: CITICORP.COM | Jan 26 2022 23:48:00 | Thd/Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 5404270 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 26 2022 18:45:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5402809 | | EDI: USBANKARS.COM | Jan 26 2022 23:48:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 5393094 | | EDI: USBANKARS.COM | Jan 26 2022 23:48:00 | Elan Financial Service, Po Box 790084, Saint Louis, MO 63179 |
| 5393115 | | EDI: WFFC.COM | Jan 26 2022 23:48:00 | Wells Fargo, PO Box 51193, Los Angeles, CA 90051-5493 |

| 5393116 | + EDI: WFFC.COM | | Jan 26 2022 23:48:00 | Wells Fargo Bank, 101 N. Phillips St., Sioux Falls, SD 57104-6714 |
| 5396177 | EDI: WFFC.COM | | Jan 26 2022 23:48:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5406832 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2022  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Adam R Weaver | on behalf of Debtor 2 Giovanni Gambino AttyWeaver@icloud.com |
| Adam R Weaver | on behalf of Debtor 1 Aldona Wilusz AttyWeaver@icloud.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Wells Fargo Bank N.A. as Trustee, for Carrington Mortgage Loan Trust, Series 2006-NC1 Asset-Backed Pass-Through Certificates. bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Aldona Wilusz,

**Debtor 1**

Giovanni Gambino,

**Debtor 2**

Chapter 13

Case No. 5:21−bk−00411−MJC

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: January 26, 2022

ordsmiss (05/18)